# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EARTHMIX FRUIT & VEGETABLE CO. <br> Plaintiff <br> v. <br><br> NATIONAL PRODUCE SALES, INC.; <br> DAVID M. EL-ABOUDI, individually; and <br> MICHAEL HUGHES. <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 16-cv-9243 <br> ) <br> ) Judge: Hon. Marvin E. Aspin <br> ) <br> ) <br> ) |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

COME NOW Plaintiff EARTHMIX FRUIT & VEGETABLE CO. ("Plaintiff") and Defendants NATIONAL PRODUCE SALES, INC. ("Company"), and DAVID M. EL-ABOUDI and MICHAEL HUGHES (collectively referred to as "Principals") (the Company and Principals are collectively referred to as the "Defendants"), by and through counsel, and move for entry of a Consent Judgment against Defendants, jointly and severally, in the form attached hereto, that the parties agreed would be entered upon a default in payment by Defendants. As grounds for this Motion, it is submitted that Defendants have failed to make the agreed payments set forth in the parties' Settlement Agreement or cured the default after receiving notice of the same, that Plaintiff has incurred attorneys' fees by reason of Defendants' default, and that Defendants consented to the entry of judgment against them, plus attorneys' fees incurred by reason thereof, subject to prove up, in the event an uncured default took place. In support thereof, the Court is respectfully referred to the Declaration of lead counsel for the Plaintiff filed herewith.

WHEREFORE, Plaintiff and Defendants request that their Joint Motion for Entry of Consent Judgment be granted.

Dated this _28_ day of _November_, 20_16_.

AGREED AND APPROVED:

NATIONAL PRODUCE SALES, INC.

By: _____

Print Name: _____

Title: _____

_____
DAVID M. EL-ABOUDI, Individually

_____
MICHAEL HUGHES, Individually

EARTHMIX FRUIT & VEGETABLE CO.

By: _____
Michael Flemming
President

MARY E. GARDNER, P.C.

By: _____
Mary E. Gardner (ARDC #6190951)
P.O. Box 330
West Dundee, IL 60118
Tel: 847/804-7222
Fax 866/400-0235
megardner@earthlink.net
*Attorney for Defendants*

ADELMAN LAW OFFICES, LLC

By: _____
David A. Adelman, #6209401
904 S. Roselle Road, #342
Schaumburg, IL 60193
Tel. (847) 301-4341
Fax. (847) 301-4342
adelman@pacaenforcer.com
*Attorney for Plaintiff*

2